IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAULA K. HICKS**                                                                                  **PLAINTIFF**

**v.**                          **Case No: 3:20-cv-00061 KGB-BD**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                   **DEFENDANT**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 15). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court therefore affirms the decision of the Commissioner.

So ordered this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge