IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAULA K. HICKS                                                                                          PLAINTIFF

v.                          Case No: 3:20-cv-00061 KGB-BD

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of the Commissioner is affirmed.  This action is dismissed with prejudice.

So adjudged this 6th day of August, 2021.

_____
Kristine G. Baker
United States District Judge